| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-15527 / MEH**

Shani Whittaker

Petition Filed Date: 07/12/2022
341 Hearing Date: 08/11/2022
Confirmation Date: 10/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/18/2024 | $2,500.00 | | 06/17/2024 | $1,000.00 | | 10/08/2024 | $400.00 | |
| 11/12/2024 | $500.00 | | 11/25/2024 | $500.00 | | 12/26/2024 | $500.00 | |

**Total Receipts for the Period:  $5,400.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Shani Whittaker | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 1 | DIRECTV, LLC | Unsecured Creditors | $243.37 | $17.37 | $226.00 |
| 2 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR LLC | Unsecured Creditors | $2,393.23 | $289.19 | $2,104.04 |
| 3 | LVNV FUNDING LLC<br>»»  CROSS RIVER BANK/ORDER 7/12/24 | Unsecured Creditors<br>No Disbursements: Expunged | $0.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,446.70 | $295.65 | $2,151.05 |
| 5 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  COMENITY CAPITAL BANK/LUCKY BRAND | Unsecured Creditors | $577.02 | $69.72 | $507.30 |
| 6 | KHEAA<br>»»  NELNET | Unsecured Creditors | $1,207.19 | $145.88 | $1,061.31 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $649.81 | $78.52 | $571.29 |
| 8 | NORDSTROM FSB<br>»»  TD BANK | Unsecured Creditors | $2,156.18 | $260.54 | $1,895.64 |
| 9 | CAPITAL ONE AUTO FINANCE<br>»»  2018 BMW X1 | Debt Secured by Vehicle<br>No Disbursements: Paid in Full | $26.86 | $26.86 | $0.00 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $2,257.89 | $272.84 | $1,985.05 |
| 11 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $220.00 | $15.71 | $204.29 |
| 12 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $330.96 | $39.99 | $290.97 |
| 13 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,283.53 | $155.10 | $1,128.43 |

**Chapter 13 Case No. 22-15527 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 14 | NewRez LLC<br>»»  P/47 RHODES AVE/1ST MTG/LOAN MOD ORDER 6/21/24 | Mortgage Arrears<br>No Disbursements: Paid outside | $15,754.34 | $15,754.34 | $0.00 |
| 15 | QUANTUM3 GROUP LLC AS AGENT<br>»»  CELTIC BANK | Unsecured Creditors | $540.08 | $65.26 | $474.82 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  ULTAMATE REWARDS | Unsecured Creditors | $715.40 | $86.45 | $628.95 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SEPHORA | Unsecured Creditors | $588.78 | $71.14 | $517.64 |
| 18 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIAS SECRET UPLCC | Unsecured Creditors | $871.34 | $105.29 | $766.05 |
| 19 | QUANTUM3 GROUP LLC AS AGENT<br>»»  J CREW | Unsecured Creditors | $526.53 | $63.62 | $462.91 |
| 20 | TRENTON WATER WORKS | Unsecured Creditors | $1,496.36 | $180.82 | $1,315.54 |
| 21 | NewRez LLC<br>»»  P/47 RHODES AVE/ATTY FEES ORDER 2/23/23 | Mortgage Arrears | $688.00 | $688.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ORDER 8/29/23 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 22 | NewRez LLC<br>»»  P/47 RHODES AVE/ATTY FEES ORDER 10/5/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,900.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $22,182.29 | Current Monthly Payment: | $514.00 |
| Paid to Trustee: | $1,779.80 | Arrearages: | $684.00 |
| Funds on Hand: | $937.91 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more  information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

